The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Fica Frio Limited | Jerry Seinfeld |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Brown Rudnick LLP<br>David J. Molton, Esq and D. Cameron Moxley, Esq.<br>Seven Times Square, New York, New York 10036, (212) 209-4800 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332(a)(2). Claims for negligent and intentional misrepresentations, mutual mistake, breach of oral agreement, and breach of express warranty, seeking rescission or, alternatively, damages or specific performance.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]   Judge Previously Assigned

If yes, was this case Vol. [ ]  Invol. [ ]   Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

TORTS                                                                ACTIONS UNDER STATUTES

CONTRACT                PERSONAL INJURY      PERSONAL INJURY/           FORFEITURE/PENALTY      BANKRUPTCY              OTHER STATUTES

[ ] 110  INSURANCE       [ ] 310 AIRPLANE      [ ] 367 HEALTHCARE/         [ ] 625 DRUG RELATED    [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120  MARINE          [ ] 315 AIRPLANE PRODUCT   PHARMACEUTICAL PERSONAL SEIZURE OF PROPERTY      28 USC 158          [ ] 376 QUI TAM
[ ] 130  MILLER ACT           LIABILITY        INJURY/PRODUCT LIABILITY    21 USC 881              [ ] 423 WITHDRAWAL       [ ] 400 STATE
[ ] 140  NEGOTIABLE      [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY  [ ] 690 OTHER               28 USC 157             REAPPORTIONMENT
         INSTRUMENT           SLANDER               PRODUCT LIABILITY                                                      [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF     [ ] 330 FEDERAL        [ ] 368 ASBESTOS PERSONAL                                                  [ ] 430 BANKS & BANKING
         OVERPAYMENT &        EMPLOYERS'            INJURY PRODUCT         PROPERTY RIGHTS                                 [ ] 450 COMMERCE
         ENFORCEMENT          LIABILITY             LIABILITY                                                              [ ] 460 DEPORTATION
         OF JUDGMENT     [ ] 340 MARINE                                    [ ] 820 COPYRIGHTS                              [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT    [ ] 345 MARINE PRODUCT  PERSONAL PROPERTY         [ ] 830 PATENT                                       ENCED & CORRUPT
[ ] 152  RECOVERY OF          LIABILITY                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION      ORGANIZATION ACT
         DEFAULTED       [ ] 350 MOTOR VEHICLE  [ ] 370 OTHER FRAUD        [ ] 840 TRADEMARK                                    (RICO)
         STUDENT LOANS   [ ] 355 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                                   [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)      PRODUCT LIABILITY                            SOCIAL SECURITY                                 [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF     [ ] 360 OTHER PERSONAL
         OVERPAYMENT          INJURY           [ ] 380 OTHER PERSONAL      LABOR                   [ ] 861 HIA (1395ff)
         OF VETERAN'S    [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE                             [ ] 862 BLACK LUNG (923) [ ] 850 SECURITIES/
         BENEFITS             MED MALPRACTICE  [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))     COMMODITIES/
[ ] 160  STOCKHOLDERS                              PRODUCT LIABILITY          STANDARDS ACT        [ ] 864 SSID TITLE XVI         EXCHANGE
         SUITS                                                             [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))
[✓] 190  OTHER                                 PRISONER PETITIONS             RELATIONS                                    [ ] 890 OTHER STATUTORY
         CONTRACT                              [ ] 463 ALIEN DETAINEE      [ ] 740 RAILWAY LABOR ACT                            ACTIONS
[ ] 195  CONTRACT        ACTIONS UNDER STATUTES [ ] 510 MOTIONS TO         [ ]  751 FAMILY MEDICAL  FEDERAL TAX SUITS      [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                    VACATE SENTENCE        LEAVE ACT (FMLA)
         LIABILITY       CIVIL RIGHTS               28 USC 2255                                    [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196  FRANCHISE                              [ ] 530 HABEAS CORPUS      [ ] 790 OTHER LABOR         Defendant)          [ ] 893 ENVIRONMENTAL
                         [ ] 440  OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY      LITIGATION         [ ] 871 IRS-THIRD PARTY      MATTERS
                              (Non-Prisoner)    [ ] 540 MANDAMUS & OTHER   [ ] 791 EMPL RET INC         26 USC 7609         [ ] 895 FREEDOM OF
REAL PROPERTY            [ ] 441 VOTING                                        SECURITY ACT (ERISA)                             INFORMATION ACT
                         [ ] 442 EMPLOYMENT                                                                                [ ] 896 ARBITRATION
[ ] 210  LAND            [ ] 443 HOUSING/                                  IMMIGRATION                                     [ ] 899 ADMINISTRATIVE
         CONDEMNATION         ACCOMMODATIONS   PRISONER CIVIL RIGHTS                                                            PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE     [ ] 445 AMERICANS WITH                            [ ] 462 NATURALIZATION                               APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &         DISABILITIES -    [ ] 550 CIVIL RIGHTS            APPLICATION
         EJECTMENT            EMPLOYMENT        [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                       [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND   [ ] 446  AMERICANS WITH [ ] 560 CIVIL DETAINEE         ACTIONS                                         STATE STATUTES
[ ] 245  TORT PRODUCT         DISABILITIES -OTHER    CONDITIONS OF CONFINEMENT
         LIABILITY       [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [X] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)   **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [x] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Fica Frio Limited
26 New Street
St. Helier, Jersey Channel Islands
Jersey JE2 3RA

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Jerry Seinfeld
10 Meadow Brook Rd
Katonah, NY 10536
Westchester County, New York

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 02/01/2019    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 11 Yr. 1985)

RECEIPT #    /s/ David J. Molton    Attorney Bar Code # DM-1106

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)