UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

FICA FRIO LIMITED,

              Plaintiff,

    v.

JERRY SEINFELD,

              Defendant.

---

No. 19 Civ. 1032 (VM)

## STIPULATION AND      ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for each of the parties hereto that:

1.     Defendant Jerry Seinfeld will waive service of the Complaint under Federal Rule of Civil Procedure 4(d), and that Defendant's time to answer, move against, or otherwise respond to the Complaint shall be extended up to and including **April 2, 2019**;

2.     This Stipulation does not constitute a general appearance by the Defendant and Defendant reserves his right to raise any jurisdictional, venue or other challenges to the Complaint;

3.     No prior requests for extension have been made.

Dated: February 11, 2019

BROWN RUDNICK LLP

By:    /s/ David J. Molton (on consent)[1]

David J. Molton
D. Cameron Moxley
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
cmoxley@brownrudnick.com

*Attorneys for Plaintiff Fica Frio Limited*

Dated: February 11, 2019

GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Orin Snyder

Orin Snyder
David M. Kusnetz
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile:  (212) 351-4035
osnyder@gibsondunn.com
dkusnetz@gibsondunn.com

*Attorneys for Defendant Jerry Seinfeld*

IT IS SO ORDERED.

Dated:/2 February      , 2019

By:

Hon. Victor Marrero
United States District Judge

---

[1]  The parties are using electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

2