USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FICA FRIO LTD.,                        :
                                       :
                    Plaintiff,         :
                                       :   19 Civ. 1032 (VM)
     - against -                       :        ORDER
                                       :
JERRY SEINFELD,                        :
                                       :
                    Defendant.         :
---------------------------------------X
JERRY SEINFELD,                        :
                                       :
          Third-Party Plaintiff,       :
                                       :
     - against -                       :
                                       :
EUROPEAN COLLECTIBLES, INC.,           :
                                       :
          Third-Party Defendant.       :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for Friday, April 9, 2021 at 10:00 a.m. is hereby canceled.

Dated:   April 9, 2021
         New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.