```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FICA FRIO LTD.,                        :
                                       :
               Plaintiff,              :
                                       :          19 Civ. 1032 (VM)
     - against -                       :               ORDER
                                       :
JERRY SEINFELD,                        :
                                       :
               Defendant.              :
---------------------------------------X
JERRY SEINFELD,                        :
                                       :
         Third-Party Plaintiff,        :
                                       :
     - against -                       :
                                       :
EUROPEAN COLLECTIBLES, INC.,           :
                                       :
         Third-Party Defendant.        :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

     In accordance with the Court's April 29, 2022 order (Dkt. No. 45), in which the Court warned the parties that no further extensions would be considered and the Court would schedule a trial date in the matter if the parties did not resolve the dispute by May 31, 2022, the parties' instant request, received by email, for an additional extension of discovery and adjournment of the case management conference is hereby **DENIED**.

     By May 31, 2022, the parties are directed to submit a status report. A conference in this matter shall be scheduled for June 10 at 11:00 AM.

**SO ORDERED.**

Dated:  May 10, 2022
       New York, New York

                                                   Victor Marrero
                                                     U.S.D.J.