```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FICA FRIO LTD.,                        :
                                       :
                Plaintiff,             :
                                       :     19 Civ. 1032 (VM)
     - against -                       :          ORDER
                                       :
JERRY SEINFELD,                        :
                                       :
                Defendant.             :
---------------------------------------X
JERRY SEINFELD,                        :
                                       :
        Third-Party Plaintiff,         :
                                       :
     - against -                       :
                                       :
EUROPEAN COLLECTIBLES, INC.,           :
                                       :
        Third-Party Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    On June 7, 2022, the parties in the above-named action emailed the Court to request that the status conference scheduled for Friday, June 10, 2022 be canceled due to the parties having reached a settlement. The parties informed the Court that they intend to file a stipulation of dismissal.

    It is hereby ordered that the June 10, 2022 conference is canceled and this action is conditionally discontinued without prejudice for 60 days.

**SO ORDERED.**

Dated:   June 8, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.